**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------X
RLI INSURANCE COMPANY,

Plaintiff,

v.

KS ENGINEERS, P.C.,

Defendant.
---------------------------------------------------X

Case No. 24-cv-11532

**JUDGMENT AGAINST DEFENDANT KS ENGINEERS, P.C.**

Before the Court is the Stipulated Order for Entry of Judgment against Defendant KS Engineers by Plaintiff RLI Insurance Company ("RLI") and Defendant KS Engineers, P.C. ("KS Engineers"). The Parties' Stipulated Order having been "so ordered" and entered by the Court, it is hereby adjudged and declared that:

1. KS Engineers acknowledged service and receipt of RLI's Summons and Complaint;
2. Pursuant to the Parties' stipulation, KS Engineers is not entitled to any coverage whatsoever under the RLI Primary Policy and/or the RLI Excess Policy for the Underlying Action or for any action, proceeding, investigation or other matter based upon, arising out of, or involving the facts and circumstances underlying or alleged in the Underlying Action;
3. Pursuant to the Parties' stipulation, judgment is entered against KS Engineers on Count I of the Complaint;
4. KS Engineers has waived any right to appeal the judgment entered against it; and
5. Each party shall bear its or his respective attorneys' fees and costs incurred in connection with this action and any other coverage litigation fees.

**SO ORDERED, this 4TH day of March, 2025**

**By:** ______________________

**Hon. Evelyn Padin U.S.D.J.**